UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

TERRENCE TERRELL MOORE,

        Petitioner,               Case No. 1:20-cv-1107

v.                                      Honorable Paul L. Maloney

BRYANT MORRISON,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  November 30, 2020              /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge