UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

TERRENCE TERRELL MOORE,

        Petitioner,

v.

BRYANT MORRISON,

        Respondent.

_____/

Case No. 1:20-cv-1107

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:   November 30, 2020            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge